# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 24, 2008

Charles R. Fulbruge III
Clerk

No. 07-31056
Summary Calendar

OSCAR S GOINS, on behalf of Willie C Goins Estate, on behalf of Oscar Goins, on behalf of Eary M Goins

Plaintiff-Appellant

v.

ALLSTATE INSURANCE CO; MIKE ORTEGO; WILLIE R GOINS

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:07-CV-1444

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Oscar S. Goins, proceeding pro se and in forma pauperis, appeals the dismissal, for lack of subject matter jurisdiction, of his complaint against Allstate Insurance Company, Mike Ortego, and Willie R. Goins. Goins does not challenge the district court's conclusion that he failed to show diversity jurisdiction or present a claim arising under constitutional or federal law.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because Goins fails to challenge the reasons for the dismissal, any contention is deemed abandoned. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Goins' appeal is without arguable merit and thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Therefore, it is dismissed as frivolous. See 5TH CIR. R. 42.2. Goins is warned that future filings of repetitious or frivolous appeals may result in the imposition of sanctions. These sanctions may include dismissal, monetary sanctions, and restrictions on his ability to file papers in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED; SANCTION WARNING ISSUED.